**Cristalinda FARIAS, Plaintiff-Appellant,**

v.

**Nancy A. BERRYHILL, Acting Commissioner Social Security, Defendant-Appellee.**

No. 15-35897

United States Court of Appeals, Ninth Circuit.

Submitted December 19, 2017 *
San Francisco, California

Filed December 21, 2017

D. James Tree, Attorney, Tree Law Office, Yakima, WA, for Plaintiff-Appellant

Catherine Cecilia Escobar, Assistant Regional Counsel, SSA—Social Security Administration, Office of the General Counsel, Seattle, WA, Timothy M. Durkin, Assistant U.S. Attorney, USSP—Office of the U.S. Attorney, Spokane, WA, for Defendant-Appellee

Before: CLIFTON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Cristalinda Farias appeals the district court's decision affirming the denial of her application for supplemental security in-

come. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand.

The administrative law judge (ALJ) posed an incomplete hypothetical to the vocational expert because the ALJ failed to include all Farias's residual functional capacity (RFC) findings. *Bray v. Comm'r of Soc. Sec. Admin.*, 554 F.3d 1219, 1228 (9th Cir. 2009). The hypothetical concerned an employee who only needed "breaks" rather than "frequent breaks," and who had the ability to "stand or walk" rather than "stand and walk." Because the ALJ narrowed Farias's RFC without explanation, we vacate and remand to the ALJ for further proceedings. *Matthews v. Shalala*, 10 F.3d 678, 681 (9th Cir. 1993).

Each party shall bear its own costs.

**VACATED** and **REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

